Criminal Std (6/13/2012)

HONORABLE: **D. F. Martinez**
DEPUTY CLERK **R. K. Wood**   RPTR/ECRO/TAPE **FTR**
USPO _____   INTERPRETER _____
TOTAL TIME: ___ hours **52** minutes
DATE: **Aug 8, 2019**   START TIME: **2:03 p.m.**   END TIME: **3:13 p.m.**

## COURTROOM MINUTES

- [ ] IA-INITIAL APPEAR
- [ ] BOND HRG
- [x] CHANGE OF PLEA **51m**
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG **1m**

CRIMINAL NO. **3:19CR34 (RNC)**   DEFT # **1**

**N. Freismuth**
AUSA

**UNITED STATES OF AMERICA**
vs
**TYSHAUN SHIVERS**

**T. Hayes**
Counsel for Defendant Ret [ ] CJA [ ] PDA [x]

- [ ] .......Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] ...... [ ] Arrest Date (CT Case): _____ [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [ ] ...... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [ ] ...... Court appoints Attorney _____ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] ...... Appearance of _____ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [x] ......Plea of [ ] not guilty [x] guilty [ ] nolo contendere to count(s) **1,2,3** of the **indictment**
- [x] ...... Petition to Enter Guilty Plea filed    (indict, superseding indict, info)
- [ ] ...... Defendant motions due _____ ; Government responses due _____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] .......Hearing on Pending Motions scheduled for _____ at _____
- [ ] ...... Jury Selection set for _____ at _____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [x] ...... Sentencing set for **10-29-2019** at **10:00 a.m.** [x] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $_____ on count(s)_____. Total $_____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of _____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [x] ...... Bond [ ] revoked [ ] reinstated [x] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... _____ Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [ ] conditions of bond [x] additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

**ADDITIONAL PROCEEDINGS**

| | | |
|---|---|---|
| ☒ ..... Deft's oral motion for an application for release pending sentencing pursuant to 18 U.S.C. 3143 | ☒ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Deft ___ Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Deft ___ Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... Consent Form | ☒ filed ☐ granted ☐ denied ☐ advisement |
| ☒ ..... Finding & Recommendation on a plea of guilty | ☒ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... | ☐ filed ☐ granted ☐ denied ☐ advisement |

Notes:

Court recess from 2:09 p.m. to 2:27 p.m.